UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. JOHNSON, JR., | No. 2:22-cv-02220-DAD-CKD (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTION TO REOPEN THIS ACTION |
| CYNTHIA HILL, et al., | |
| Defendants. | (Doc. Nos. 20, 21) |

Plaintiff James L. Johnson is a former county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to re-open this case be granted. (Doc. No. 21.) Specifically, the magistrate judge concluded that based upon his institutional transfers that had taken place in December of 2024 and January of 2025, sufficiently established that plaintiff's failure to respond to defendants' previously filed motion to dismiss was the result of "mistake, inadvertence, surprise, or excusable neglect" warranting the reopening of this case. (*Id.* at 3.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) To date, no objections to those findings and recommendations have been filed, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on November 5, 2025 (Doc. No. 21) are adopted in full;

2.      Plaintiff's motion to re-open this case (Doc. No. 20) is granted; and

3.      This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **February 14, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] In the pending findings and recommendations, the magistrate judge also ordered that within 30 days of their issuance plaintiff file his opposition to defendants' motion to dismiss (Doc. No. 3). (Doc. No. 21 at 4.) Although both defendant and plaintiff have since filed documents with the court characterized in one way or another as "objections" (Doc. Nos. 24, 25) neither of these filings present objections to the pending findings and recommendations recommending that plaintiff's motion to re-open this case be granted. Instead, both relate to the sufficiency of plaintiff's opposition filed to defendants' motion to dismiss.

2